IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | )<br>)<br>)<br>) | **CASE NO.  8:05CR330** |
| vs. | )<br>) | |
| **DANIEL CASEY,** | )<br>)<br>) | **ORDER** |
| **Defendant.** | ) | |

The Defendant's Motion to Continue trial and set hearing date, Filing No. 30, is granted.

**IT IS ORDERED** that:

1. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2. A hearing on the defendant's anticipated plea of guilty and sentencing is scheduled before District Judge Laurie Smith Camp on the **8th of May, 2006,** at the hour of **4:00 p.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

3. Counsel shall abide by the requirements of NE Crim. 11.1(d) regarding the filing and provisions of the petition to enter a plea of guilty and any written plea agreement.

4. On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. §§ 3161(h)(1)(I), (h)(8)(A) & (h)(8)(B).

Dated this 10th day of April, 2006.

BY THE COURT:
s/Laurie Smith Camp
United States District Judge